# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO. 8:18-cv-360-T-36JSS

REGINA TOLLIVER,

    Plaintiff,

v.

YOUFIT HEALTH CLUBS, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: November 11, 2019.

    Respectfully submitted,

    /s/ Amorette Rinkleib
    Amorette Rinkleib
    *Pro Hac Vice*
    Thompson Consumer Law Group, PC
    5235 E. Southern Ave. D106-618
    Mesa, AZ 85206
    (602) 899-9189 Telephone
    (866) 317-2674 Fax
    ARinkleib@thompsonconsumerlaw.com

1

2

## CERTIFICATE OF SERVICE

I certify that on November 11, 2019, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Amorette Rinkleib
Amorette Rinkleib