UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGINA TOLLIVER,

    Plaintiff,

v.                                                 Case No: 8:18-cv-360-T-36JSS

YOUFIT HEALTH CLUBS, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice (Doc. 44). In accord with the Stipulation of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 44).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on January 8, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record